## C. O. McDaniel v. The State.

No. 22706. Delivered January 12, 1944.

The opinion states the case.

*Aubrey Davee,* of Brady, for appellant.

*Ernest S. Goens,* State's Attorney, of Austin, for the State.

BEAUCHAMP, Judge.

The appeal is from a fine of $100.00 assessed by a jury upon a charge of possessing intoxicating liquor for the purpose of sale.

There are no bills of exception in the record. The statement of facts support the finding, and the proceeding is, in every respect, regular.

The judgment of the trial court is affirmed.